UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA
    -v-

Claunard Jean-Baptiste ,
    Defendant.
-------------------------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-02-770(FB)
STEPHEN LAMAGNA, ESQ.
666 OLD COUNTRY ROAD
GARDEN CITY, NY 11530
Defendant's Attorney & Address

THE DEFENDANT: Claunard Jean-Baptiste
 XX   pleaded guilty to count ONE OF THE INDICTMENT.

Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| T. 18 USC 1029(a)(5) | THE DEFENDANT DID KNOWINGLY AND INTENTIONALLY COMMIT CREDIT CARD FRAUD. | 1 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
 XX   It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00 which shall be due immediately :

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec # ]

MAY 13, 2005
Date of Imposition of Sentence

Defendant's Mailing Address:
150-44 128 STREET

SOUTH OZONE PARK, NY 11420

THE HONORABLE FREDERIC BLOCK

may 26, 2005
Date

A TRUE COPY ATTEST
Date: 5/31/06
ROBERT C. HEINEMANN
CLERK OF COURT

By: /s/
MIKE J. INNELLI
DEPUTY CLERK

Defendant: Claunard Jean-Baptiste
Case Number: CR-02-770(FB)

PROBATION

The defendant is hereby placed on probation for a term of __THREE (3) YEARS__ __WITH THE FOLLOWING SPECIAL CONDITIONS: (1) THE DEFENDANT SHALL COMPLETE 100 HOURS OF COMMUNITY SERVICE AS DIRECTED BY THE PROBATION DEPARTMENT; (2) THE DEFENDANT SHALL COMPLY WITH THE RESTITUTION ORDERED IN THIS JUDGMENT, AND (3) THE DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURES TO THE PROBATION DEPARTMENT.__

While on probation, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this Judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

**Defendant:** Claunard Jean-Baptiste
**Case Number:** CR-02-770(FB)

## RESTITUTION

RESTITUTION IS ORDERED IN THE TOTAL SUM OF $172,231.77. THE RESTITUTION SHALL BE PAID JOINTLY AND SEVERALLY WITH HIS CO-DEFENDANTS. RESTITUTION SHALL BE PAID AT THE RATE OF 10% OF THE DEFENDANTS NET MONTHLY INCOME, PAYMENTS SHALL COMMENCE ONE MONTH FROM THE DATE OF THIS JUDGMENT. PAYMENTS SHALL BE MADE TO THE CLERK OF THE COURT, WHO SHALL REMIT SUCH MONIES TO THE FOLLOWING VICTIM:

HOME DEPOT
541 SID MARTIN ROAD
GRAY, TN 37615
ATTN.: DEBBIE SMITH